

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROBERT T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Case: | 06CR2669-BEN |
|---|---|---|---|
| Plaintiff, | ) | Date: | February 5, 2007 |
| | ) | Time: | 2:00 p.m. |
| CAREN SANFORD, | ) | | |
| | ) | **ORDER TO PRESERVE AND RE-WEIGH** | |
| Defendant | ) | **NARCOTIC EVIDENCE.** | |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and her agents, for examination and weighing, the drugs seized in the above-referenced case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Ms. Sanford, and an opportunity to respond.

**SO ORDERED.**

Dated: _____

HONORABLE ROBERT T. BENITEZ
U.S. District Court Judge

N:\CASES\BORDERBUST\SANFORD, CAREN\SANFORD.MTNS.WPD