FILED
2007 JUN 11 AM 10:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ ae _____DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>       Plaintiff,<br><br>vs.<br><br>CAREN LEE SANFORD<br><br>       Defendant. | Criminal Case No.:06CR2669<br>Magistrate Case No.:06MG2445<br><br>Order to Approve Attorneys Fees |

## ORDER

TO THE UNITED STATES ASSISTANT ATTORNEY CARLOS ARGUELLO AND TO FEDERAL DEFENDERS, AMBER BAYLOR & KASHA POLLREISZ, ATTORNEYS FOR DEFENDANT.

Upon review of the Motion for Approval of fees in excessive of the standard allocation filed by Linda A. King, attorney for Material Witness, I find good cause to grant the application for fees in the amount of $1,716.32.

Date: 6/04/07

Roger T. Benitez
United States Magistrate Judge

Motion to Approve Attorney's Fees

1